Laura Grace Van Note, Esq. (Cal. S.B. #310160)*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone:  (510) 891-9800
Facsimile:   (510) 891-7030
Email:         lvn@colevannote.com

Attorneys for Representative Plaintiff Noel Woodard

William B. Federman, Esq.*
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone:   (856) 772-7200
Facsimile:    (856) 210-9088
Email:          wbf@federmanlaw.com

Attorneys for Representative Plaintiff Richard Krefting

*Admitted *pro hac vice*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| NOEL WOODARD, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BOEING EMPLOYEES' CREDIT UNION and KAYE-SMITH ENTERPRISES, INC.,<br><br>    Defendants. | Case No: 3:23-cv-01165-AR<br><br>CLASS ACTION<br><br>**MOTION TO WITHDRAW PLAINTIFFS' JOINT MOTION TO CONSOLIDATE CASES, SET ASIDE PRIOR ORDER APPOINTING INTERIM CLASS COUNSEL AND APPOINT NEW INTERIM CLASS COUNSEL** |

1

Motion To Withdraw Plaintiffs' Joint Motion to Consolidate Cases, Set Aside Prior Order Appointing Interim Class Counsel and Appoint New Interim Class Counsel

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

| | |
|---|---|
| RICHARD KREFTING, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>KAYE-SMITH ENTERPRISES, INC., and BOEING EMPLOYEES' CREDIT UNION,<br><br>    Defendant. | Case No. 3:23-cv-01164-AR |
| RICHARD SMITH, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>KAYE-SMITH ENTERPRISES, INC.,<br><br>    Defendant. | Case No. 3:22-cv-01499-AR |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs' Noel Woodard and Richard Krefting, through their counsel, Laura Van Note and William B. Federman, respectfully ask to withdraw the previously filed "Plaintiffs' Joint Motion to Consolidate Cases, Set Aside Prior Order Appointing Interim Class Counsel and Appoint New Interim Class Counsel," ECF #72, as the parties have reached a resolution in the case and are instead trying to dismiss the case. Defense counsel does not object to this motion to withdraw the prior filing.

2

Motion To Withdraw Plaintiffs' Joint Motion to Consolidate Cases, Set Aside Prior Order Appointing Interim Class Counsel and Appoint New Interim Class Counsel

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

RESPECTFULLY SUBMITTED BY:

Dated: December 4, 2023        **COLE & VAN NOTE**

By: /s/ *Laura Grace Van Note*
Laura Grace Van Note, Esq.*

Attorneys for Representative Plaintiff
Noel Woodard

Dated: December 4, 2023        **FEDERMAN & SHERWOOD**

By: /s/ *William B. Federman*
William B. Federman, Esq.*

Attorneys for Representative Plaintiff
Richard Krefting

*Admitted *pro hac vice*

3

Motion To Withdraw Plaintiffs' Joint Motion to Consolidate Cases, Set Aside Prior Order Appointing Interim Class Counsel and Appoint New Interim Class Counsel

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

## CERTIFICATE OF SERVICE

I hereby certify that, on December 4, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF and on counsel in the related cases to their respective emails per the below service list.

*/s/ Laura Van Note*
Laura Van Note, Esq.