IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **RICHARD SMITH**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**KAYE-SMITH ENTERPRISES, INC.**,<br><br>Defendant. | Case No.: 3:22-CV-01499-AR<br><br>**JOINT NOTICE OF REVISED SETTLEMENT** |

The parties file his notice to advise the Court that **all** parties to this action, including Plaintiffs Richard Smith, Noel Woodard, Richard Krefting, and Defendant Kaye-Smith have reached a revised agreement to settle all claims in this matter. The parties have provided a copy of the revised agreement to class member Boeing Employees' Credit Union ("BECU"), who has indicated a desire to suggest minor changes to which the parties are agreeable in principle. The parties are finalizing the details of this agreement with input from BECU and intend to file a revised agreement for which they will seek preliminary approval from the Court in short order. Therefore, the parties ask that the Court not issue a ruling based on the motion that it has taken under advisement as of January 26, 2024 [ECF no. 79], until the parties have submitted the revised agreement for the Court's approval.

Dated this 5th day of February, 2024.

                                                                                     BAXTER & BAXTER, LLP
                                                                                     RHODES LEGAL GROUP
                                                                                     HEENAN & COOK, PLLC

                                                                                     */s/ John Heenan*_____
                                                                                     John Heenan (Pro Hac Vice)
                                                                                   Attorneys for Plaintiff and Interim Class Counsel