UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| RICHARD SMITH *and* WASHINGTON FEDERAL BANK, *on behalf of themselves and others similarly situated*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>KAYE-SMITH ENTERPRISES, INC.,<br><br>　　　　　　　Defendant. | Case No. 3:22-cv-01499-AR<br><br>**DECLARATION OF RACHEL CHRISTMAN RE CLAIM PROCESSING** |

I, Rachel Christman, hereby declare and state as follows:

1. My name is Rachel Christman. I am a Project Manager at Epiq Class Action and Claims Solutions, Inc. ("Epiq") assigned to this matter. I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2. The facts in this declaration are based on my personal knowledge, as well as information provided to me by my colleagues in the ordinary course of my business at Epiq.

3. This declaration provides updated settlement administration statistics following those provided in the *Declaration of Cameron R. Azari, Esq. on Implementation and Adequacy of Notice Program,* ("Notice Declaration"), filed on December 4, 2024.

### *Updated Settlement Administration Statistics*

4. As detailed in the Notice Declaration, Epiq established a dedicated website for the Settlement on September 6, 2024 (www.KayeSmithSettlement.com). As of the date of this declaration, there have been 21,348 visitor sessions to the Settlement Website, and 93,366 web pages have been presented.

5. As detailed in the Notice Declaration, Epiq established a toll-free telephone number

for the Settlement on September 6, 2024 (1-877-203-8209). As of the date of this declaration, there have been 2,408 calls to the toll-free telephone number representing 20,098 minutes of use (this reflects all calls made to the toll-free telephone number, including those callers who opted to listen to the pre-recorded message rather than speak with a live service agent), and service agents have handled 1,392 incoming calls representing 14,612 minutes of use, and 233 outgoing calls representing 1,161 minutes of use.

6. The deadline to request exclusion from the Settlement was December 2, 2024. As of the date of this declaration, Epiq has received requests for exclusion from zero Business Settlement Class Members and requests for exclusion from 22 Consumer Settlement Class Members and their presumed minor children[1] [2]. The Request for Exclusion Report detailing all exclusions received is included as **Attachment 1**.

7. The deadline to object to the Settlement was December 26, 2024. As of the date of this declaration, Epiq is aware of one objection to the Settlement submitted by a Class Member, which did not discuss the Notice Administration. A copy of this objection is included as **Attachment 2**.

*Claim Submission Current Review Statistics*

8. The deadline for Settlement Class Members to file a Claim Form was December 26, 2024. As of the date of this declaration, Epiq has received Claim Forms from five (5) purported Business Settlement Class Members (three online and two paper) and Claim Forms from 13,720 purported Consumer Class Members (13,130 online and 590 paper). As the December 26, 2024, claim filing deadline has only recently passed and claims submitted via postal mail may be delayed over the holiday season, these numbers are preliminary. However, Epiq has completed review of a substantive portion of the submitted Claim Forms and is able to provide the following statistics. The below table provides details regarding the eligible benefits that have been claimed:

---

[1] Included in these requests are seven (7) requests submitted by individuals on behalf of their presumed minor children and/or on behalf of deceased or incapacitated parents. Not all requests are signed.
[2] One exclusion request was received and later withdrawn. This withdrawn exclusion request is not included in the noted count.

| Claim Detail - Business Class Members | Count [3] |
|---|---|
| Business Losses | 5 |

| Claim Detail - Consumer Class Members | Count [4] |
|---|---|
| Tier 1 Claims - Out-of-Pocket Losses | 1,050 |
| Tier 1 Claims - Reimbursement for Lost Time | 874 |
| Tier 2 Claims - Alternative Cash Payment | 10,668 |
| Tier 3 Claims - Fraud Monitoring | 8,503 |

9.      As standard practice, Epiq is in the process of conducting a complete review and audit of all Claim Forms received. For those Claim Forms that have been deemed defective due to missing and/or inadequate required information (per the Settlement Agreement and Release), the claimants will be notified. A Notice of Incomplete Claim, which clearly identifies any deficiency(ies) in each Claim Form, will be sent to each relevant claimant with 21 days provided to "cure" the deficiency(ies). There is a likelihood that after detailed review, the total number of Claim Forms received, and claims values will change due to duplicate and denied Claim Forms.

10.     Though the Claim Forms received to date remain under review, Epiq can estimate a range of the expected amount for the Alternative Cash Payment based on the current amount of claims approved and the amount of claims approved in similar matters. Considering these factors, and per section VI of the Settlement Agreement and Release, it is estimated the Alternative Cash Payment will be between the $1.00 minimum established in section IV.A of the Settlement

---

[3] These statistics indicate the number of claims filed and reviewed to date for Business Settlement Class Members and are still undergoing final review.

[4] Settlement Class Members may submit a claim for either or both Tier 1 benefits or for the Tier 2 benefit. Additionally, they may elect the Tier 3 benefit regardless of whether they file for Tier 1 and/or for Tier 2 benefits. These statistics indicate the number of claims filed and reviewed to date for Consumer Settlement Class Members and are still undergoing final review.

Agreement and Release and $17.88 per approved Consumer Class Tier 2 claim.

I declare under penalty of perjury that the foregoing is true and correct. Executed January 3, 2025.

*Rachel Christman*
Rachel Christman
Project Manager
Epiq Class Action & Claims Solutions, Inc.