UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

RICHARD SMITH et al.,                                          Case No. 3:22-cv-01488-AR

                Plaintiff,                                          JUDGMENT

    v.

KAYE-SMITH ENTERPRISES, INC.,

                Defendant.


    Based on the Order Granting Final Approval of Class Action Settlement and for Attorney

Fees and Costs entered on January 10, 2025,

    IT IS ORDERED AND ADJUDGED that this action is DISMISSED with prejudice.  All

pending motions are terminated as moot.

    IT IS SO ORDERED this 13th day of January, 2025.


_____

JEFF ARMISTEAD
United States Magistrate Judge